FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JM DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GABINO ALBERTO RODRIGUEZ-LARA, Defendant. | Criminal Case No. 08CR67-JM<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about December 14, 2007, within the Southern District of California, defendant GABINO ALBERTO RODRIGUEZ-LARA, did knowingly and intentionally import approximately 22.96 kilograms (50.01 pounds) marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 10, 2008.

KAREN P. HEWITT
United States Attorney

Charlotte E. Kaiser for
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
12/21/07