4

AO 455(Rev. 5/85) Waiver of Indictment

FILED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JMS DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GABINO ALBERTO RODRIGUEZ-LARA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR67-JM

I, GABINO ALBERTO RODRIGUEZ-LARA, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10 January 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Gabino R
Defendant

Candis Mitchell
Counsel for Defendant

Before ______________________
JUDICIAL OFFICER