**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
(619) 234-8467 (tel); (619) 687-2666 (fax)
Candis_Mitchell@fd.org

Attorneys for Mr. Gabino Alberto Rodriguez-Lara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Gabino Alberto Rodriguez-Lara,<br><br>Defendant. | ) | Case No. 08CR0067-JM<br><br>DATE: FEBRUARY 29, 2008<br>TIME: 11:00 a.m.<br><br><u>NOTICE OF MOTIONS AND MOTIONS TO:</u><br><br>(1) COMPEL DISCOVERY;<br>(2) PRESERVE EVIDENCE;<br>(3) RE-WEIGH NARCOTIC EVIDENCE, AND;<br>(4) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN HEWITT, INTERIM UNITED STATES ATTORNEY, AND
TO BE DETERMINED, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 29, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, defendant, Gabino Alberto Rodriguez-Lara, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

## MOTIONS

Defendant, Gabino Alberto Rodriguez-Lara, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery;

(2) Preserve Evidence;

(3) Re-Weigh Narcotic Evidence; and

(4) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: January 29, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rodriguez-Lara
Candis_Mitchell@fd.org