UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>**GABINO ALBERTO RODRIGUEZ-LARA**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 08CR0067-JM<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Assistant United States Attorney
880 Front Street
San Diego, CA 92101

and mailed to:

Gabino Alberto RODRIGUEZ-Lara
Reg. No. 05797-298
GEO
220 W. C St.
San Diego, CA, 92101

Dated: January 29, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org