# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Gabino Alberto Rodriguez-Lara )

CASE NUMBER 08CR0067 JM

ABSTRACT OF ORDER

Booking No. 05797298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of February 29, 2008

the Court entered the following order:

✓ Defendant be released from custody, as to this case only.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $______ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

___ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court: ____ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Case 08CR0373-JM still pending.

FILED
MAR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES MAGISTRATE JUDGE

OR

Received __________
DUSM

by __________
Deputy Clerk